65 A.3d 292

FREEDOM MEDICAL SUPPLY, INC., Respondent

v.

AMERICAN INDEPENDENT INSURANCE
COMPANY, Petitioner.

No. 207 EM 2012.

Supreme Court of Pennsylvania.

April 9, 2013.

## ORDER

PER CURIAM.

AND NOW, this 9th day of April, 2013, the Petition for Review, treated as a Petition for Permission to Appeal, is DENIED.